# United States District Court
## Southern District of Georgia

THE GRAY CASUALTY & SURETY COMPANY

_____
Plaintiff

v.   SAND POINT SERVICES, LLC

_____
Defendant

Case No.   4:24-cv-00206-RSB-CLR

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This   9th   day of   October  , 2024  .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | William R. Warnock, Jr. |
| Business Address: | Womble Bond Dickinson (US) LLP |
| | Firm/Business Name |
| | 5 Exchange Street |
| | Street Address |
| | Charleston    SC    29401 |
| | Street Address (con't)   City   State   Zip |
| | P.O. Box 999 |
| | Mailing Address (if other than street address) |
| | Charleston    SC    29402 |
| | Address Line 2   City   State   Zip |
| | (843) 722-3400               S.C. Bar No. 76248 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | Bill.Warnock@wbd-us.com |