IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE GRAY CASUALTY & SURETY COMPANY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-206 |
| v. | |
| SAND POINT SERVICES, LLC, | |
| Defendant. | |

**O R D E R**

Before the Court is a Stipulation of Dismissal with Prejudice, signed and filed by counsel for Plaintiff/Counterclaim Defendant The Gray Casualty & Surety Company and counsel for Defendant/Counterclaim Plaintiff Sand Point Services, LLC, in which the parties stipulate to the dismissal of the Complaint, Counterclaim and this action as a whole with prejudice, with each party to bear its own costs. (Doc. 40.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions, (docs. 21 & 40), and to **CLOSE** this case.

**SO ORDERED**, this 30th day of April, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA